ORA G. LAWBAUGH, Plaintiff, *v.* GRACE A. SWEENEY
et al., Defendants, AMY B. YOUNGS et al., Appellants,
and PHILIP S. McNALLY, Respondent.

(Argued May 22, 1933; decided June 6, 1933.)

*Gustav Lange, Jr.,* for appellants.
*William M. Kilcullen, Harry Pfeffer* and *Emil Morosini,
Jr.,* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ.   Not sitting: KELLOGG and HUBBS, JJ.